**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-7861**

_____

MARK ANTHONY GLENN,

                                        Petitioner - Appellant,

        versus

COMMONWEALTH   OF   VIRGINIA;   RON   ANGELONE;
ATTORNEY   GENERAL   OF   THE   COMMONWEALTH   OF
VIRGINIA,

                                        Respondents - Appellees.

_____

Appeal  from  the  United  States  District  Court  for  the  Western
District of Virginia, at Roanoke. Jackson L. Kiser, Senior District
Judge.  (CA-02-809-7)

_____

Submitted:  February 6, 2003        Decided:  February 13, 2003

_____

Before WILKINS, MICHAEL, and SHEDD, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Mark Anthony Glenn, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mark Anthony Glenn appeals the district court's order denying relief on his 28 U.S.C. § 2254 (2000) petition. An appeal may not be taken from the final order in a habeas corpus proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). When, as here, a district court dismisses a 28 U.S.C. § 2254 petition solely on procedural grounds, a certificate of appealability will not issue unless the petitioner can demonstrate both "(1) 'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right' and (2) 'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.'" Rose v. Lee, 252 F.3d 676, 684 (4th Cir.) (quoting Slack v. McDaniel, 529 U.S. 473, 484 (2000)), cert. denied, 534 U.S. 941 (2001). We have reviewed the record and conclude for the reasons stated by the district court that Glenn has not made the requisite showing. See Glenn v. Virginia, No. CA-02-809-7 (W.D. Va. Oct. 31, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2